IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CR-119-FDW-DCK

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| RICHARD PAUL NOLAN, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Unseal Indictment" (Document No. 6) filed May 22, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Unseal Indictment" (Document No. 6) is **GRANTED**. The Indictment and the above-captioned case shall be unsealed.

**SO ORDERED**.

Signed: May 22, 2023

David C. Keesler
United States Magistrate Judge