United States District Court for the
Western District of North Carolina
Charlotte Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 3:23-cr-119-FDW |
| | ) | |
| RICHARD P. NOLAN, | ) | |
| Defendant | ) | |

## NOTICE OF ATTORNEY APPEARANCE

NOW COMES undersigned counsel, Mark A. Jones, Esq., respectfully providing notice to this Honorable Court, and to the Office of the United States Attorney, of his appearance as Counsel of Record for Mr. Nolan in this matter before the United States Court for the Western District of North Carolina.

Respectfully submitted, this the 30th day of May, 2023.

*/s/ Mark A. Jones*

**BELL, DAVIS & PITT, P.A.**
North Carolina Bar # 36215
227 W. Trade Street, Suite 1800
Charlotte, North Carolina 28202
Phone (336) 714-4122
Facsimile (336) 714-4101
Email: mjones@belldavispitt.com