IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:23CR000119 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD PAUL NOLAN, | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION FOR FINAL DETERMINATION OF RESTITUTION

COMES NOW Plaintiff, the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, pursuant to 18 U.S.C. § 3664(d)(5), and respectfully requests that this Court order restitution in the amount of $13,988.00 as set forth below. In support thereof, the Government submits the following:

1. On February 20, 2024, Defendant entered a voluntary plea of guilty to one count of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 1349, as set forth in the Bill of Indictment, for his participation in a "tech support" fraud scheme involving the use of malicious pop-up notifications to trick victims, the computer users, to contact a toll-free number for technical assistance, only to be charged a fee ranging from hundreds to thousands of dollars to troubleshoot the fictitious issues identified in the pop-ups. (Doc. Nos. 3, 26-27, 30). Defendant agreed in his plea agreement to an entry of an order for monetary penalties due and payable immediately, including "full restitution," to all victims directly or indirectly harmed by Defendant's criminal conduct. (Doc. No. 26 at ¶ 8(a)). This includes Defendant's offense of conviction, all "relevant conduct," and all conduct pertaining to any dismissed counts or uncharged conduct. *Id.*

2. On February 17, 2026, this Court sentenced Defendant to 24 months' imprisonment

1

and three years of supervised release. (Doc. No. 52). Defendant was also ordered to pay a $100.00 special assessment. *Id.* The Court left the determination of restitution open for 90 days, pursuant to 18 U.S.C. § 3664(d)(5), to allow the Government further time to locate victims defrauded by the overseas call centers routed by Defendant through an alternative victim-notification procedure. *Id.*; *see also* (Doc. No. 29) (allowing for alternative victim notification via case-specific website).

3. As of this filing, the Government did not hear from additional victims and has not received new restitution claims and is not aware of any other restitution requests made to the Probation Officer or the Victim Witness Coordinator since the sentencing hearing.

4. In cases of fraud or deceit, restitution is mandatory under the Mandatory Victim Restitution Act ("MVRA"). 18 U.S.C. §§ 3663A(a)(1) and (c)(1)(A)(ii). The court is required to order restitution "in the full amount of each victim's losses." 18 U.S.C. § 3664(f)(1)(A); *see also Dolan v. United States*, 560 U.S. 605, 612 (2010) (observed that the purpose of the MVRA is to ensure that victims of a crime receive full restitution); *United States v. Newsome*, 322 F.3d 328, 341 (4th Cir. 2003) ("the MVRA *requires* that a court enter an order of *full* restitution when the loss is caused by a property offense") (emphasis in original).

5. The United States now moves for restitution in the amount of $13,988.00 to seven identified victims, as defined by 18 U.S.C. § 3663A(a)(2), who participated in the restitution process and are owed restitution. *See* Ex. "A," Restitution Victim List. The attached victim list is consistent with the victim list submitted as part of the Final Presentence Investigation Report (Doc. No. 35 at 18) that inventoried all known victims of the offense at that time with corresponding loss amounts sustained by each victim.[1]

---

[1] These are the same victims identified in the case *United States v. Hunter G. Mello*, *see* (Case No. 3:23-cr-00081-JAG-DCK, Doc. No. 48-1), and *United States v. Bikramjit Ahluwalia* (awaiting sentencing), *see* (3:25-cr-00282-SCR, Doc. No. 13-1).

6.  Defendant Hunter G. Mello in Case Number 3:23-cr-00081-JAG-DCK pleaded guilty separately to the same conspiracy as Defendant Richard Paul Nolan. As part of his plea agreement, Hunter Mello agreed to pay full restitution to his victims, and his victims are the same individuals listed in Exhibit "A." *See* (Case No. 3:23-cr-00081-JAG-DCK, Doc. Nos. 2 and 48-1). In addition, Defendant Bikramjit Ahluwalia in Case Number 3:25-cr-00282-SCR pleaded guilty separately to the same conspiracy as Defendant Richard Paul Nolan. As part of his plea agreement, Bikramjit Ahluwalia agreed to pay full restitution to his victims, and his victims are the same individuals listed in Exhibit "A." *See* (3:25-cr-00282-SCR, Doc. Nos. 2 and 13-1). For this reason, the Court should order all three Defendants jointly and severally liable for the total requested amount of $13,988.00 owed to their victims. *See* 18 U.S.C. § 3664(h); *United States v. Dillard*, 641 F. App'x 252, 253 (4th Cir. 2016).

7.  Pursuant to Local Crim. Rule 47.1, the Government has conferred with defense counsel, who does not oppose this motion.

WHEREFORE the United States respectfully requests that this Honorable Court enter a final determination of restitution holding Defendant Richard Paul Nolan jointly and severally liable with Defendants Hunter G. Mello and Bikramjit Ahluwalia in the amount of $13,988.00 as found in Exhibit "A" for the benefit of their crime victims.

RESPECTFULLY SUBMITTED, this 14th day of May, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

*/s/ Matthew Warren*
Matthew Warren
Assistant United States Attorney
United States Attorney's Office
Western District of North Carolina
227 West Trade Street, Suite 1700
Charlotte, North Carolina 28202

3

Telephone: 704.344.6222
E-mail: matthew.warren@usdoj.gov

4

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 14, 2026, the foregoing motion was served on the parties via electronic notice using the CM/ECF system and/or email.

RUSS FERGUSON
UNITED STATES ATTORNEY

*/s/ Matthew Warren*
Matthew Warren
Assistant United States Attorney
United States Attorney's Office
Western District of North Carolina
227 West Trade Street, Suite 1700
Charlotte, North Carolina 28202
Telephone: 704.344.6222
E-mail: matthew.warren@usdoj.gov

5

# ARTIFICIAL INTELLIGENCE CERTIFICATION

Pursuant to the Standing Order of this Court entered June 18, 2024, and published to the Bar of the Western District on June 27, 2024, the undersigned hereby certifies that:

1.      No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2.      Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction (or the party making the filing if acting *pro se*) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

Dated: May 14, 2026

RUSS FERGUSON
UNITED STATES ATTORNEY

*/s/ Matthew Warren*
Matthew Warren
Assistant United States Attorney
United States Attorney's Office
Western District of North Carolina
227 West Trade Street, Suite 1700
Charlotte, North Carolina 28202
Telephone: 704.344.6222
E-mail: matthew.warren@usdoj.gov

6