# Restitution Victim List
## United States v. Richard Paul Nolan
## 3:23-cr-00119-JAG-DCK

| | Victim First Name | Victim Last Name | Loss Amount |
|---|---|---|---|
| 1 | JERRY | BRAGG | $ 6,000.00 |
| 2 | ETHAN | CATO | $ 550.00 |
| 3 | DONNA | JOHNSON | $ 788.00 |
| 4 | DIANA | MOORE | $ 1,500.00 |
| 5 | JAMES | RAMSEY | $ 650.00 |
| 6 | BRIDGES | SHIRLEY | $ 500.00 |
| 7 | ROBERT | STORTI | $ 4,000.00 |
| | | TOTAL: | $ 13,988.00 |