IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

UNITED STATES OF AMERICA

v.                                                          Criminal Action No. 3:23cr119

RICHARD PAUL NOLAN,
                    Defendant.

## <u>RESTITUTION ORDER</u>

This matter comes before the Court on an unopposed motion for a final determination of restitution filed by the government. (ECF No. 24.) On February 20, 2024, the defendant, Richard Paul Nolan, pleaded guilty to one count of conspiracy to commit wire fraud,[1] pursuant to a plea agreement, in violation of 18 U.S.C. § 1349. (ECF No. 30.) Nolan agreed in his plea agreement to the entry of an order for monetary penalties, including full restitution, to all victims harmed by his conduct. (ECF No. 26 ¶ 8; ECF No. 24 ¶ 1.) On February 17, 2026, this Court sentenced Nolan to 24 months' imprisonment followed by a three-year term of supervised release. (ECF No. 52.) The Court, however, left the determination of restitution open for ninety days, pursuant to 18 U.S.C. § 3664(d)(5), in light of this case's complexity. (*Id.*; ECF No. 54 ¶ 2.) The government now moves unopposed for restitution in the amount of $13,988.00 to seven victims previously identified in the presentence investigation report.

Pursuant to 18 U.S.C. § 3663A(a)(1), the Court GRANTS the motion, (ECF No. 54), and ORDERS as follows:

1. The defendant is ordered to pay restitution in the amount of **$13,988.00**, jointly and severally with Hunter G. Mello (3:23-cr-00081-JAG-DCK); jointly and severally with Bikramjit Ahluwalia (3:25-cr-00282-SCR); and jointly and

---

[1] Nolan and his co-conspirators used "malicious pop-up notifications to trick . . . computer users" into paying hundreds or thousands of dollars to "troubleshoot the fictitious issues identified in the pop-ups." (ECF No. 54 ¶ 1; *see* ECF No. 27.)

severally with any other defendants who are ordered to pay restitution for the same losses.

2. Each defendant shall be required to pay up to the full amount imposed against that defendant, unless or until all victims of that defendant have received payment of the full amount of restitution awarded to each victim.

3. The Clerk of Court shall forward all restitution payments to the victims in the amounts identified in **Exhibit A**, attached to this Order.

4. Interest:

    ___✓___ is waived.

    _____ accrues as provided in 18 U.S.C. § 3612(f).

5. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $____50.00____ per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8. All payments shall be made to the Clerk of Court, United States Courthouse, Charles R. Jonas Federal Building, 401 West Trade Street, Room 1200, Charlotte, NC 28202.

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office for the Western District of North Carolina, 227 West Trade St., Suite 1650, Charlotte, NC 28202.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

2

The Court shall enter an amended judgment.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: __14__ May 2026
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge

3

# Restitution Victim List
## United States v. Richard Paul Nolan
### 3:23-cr-00119-JAG-DCK

| | Victim First Name | Victim Last Name | Loss Amount |
|---|---|---|---|
| 1 | JERRY | BRAGG | $ 6,000.00 |
| 2 | ETHAN | CATO | $ 550.00 |
| 3 | DONNA | JOHNSON | $ 788.00 |
| 4 | DIANA | MOORE | $ 1,500.00 |
| 5 | JAMES | RAMSEY | $ 650.00 |
| 6 | BRIDGES | SHIRLEY | $ 500.00 |
| 7 | ROBERT | STORTI | $ 4,000.00 |
| | | TOTAL: | $ 13,988.00 |